MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2019 APR 15 AM 10: 48
CLERK

| United States District Court | District Vermont |
|---|---|
| Name (under which you were convicted): Michael Foreste | Docket or Case No.: 2:14-cr-00077- |
| Place of Confinement: FPC Montgomery | Prisoner No.: 08758-082 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Michael Foreste |

2:19-cv-54

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   U.S. District Court
   11 Elmwood Avenue, Room 506
   Burlington, VT 05401

   (b) Criminal docket or case number (if you know): 2:14-cr-00077-WKS

2. (a) Date of the judgment of conviction (if you know): May 25, 2017

   (b) Date of sentencing: May 22, 2017

3. Length of sentence: 110 months

4. Nature of crime (all counts):

   Conspiracy to Distribute Oxycodone 21 U.S.C. 846, 841
   Distribution of Oxycodone 21 U.S.C. 841
   Money Laundering 18 U.S.C. 1956

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐